AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Orlando Alfred, Individually and on Behalf of All others Similaly Situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRUSTEES OF DARTMOUTH COLLEGE dba DARTMOUTH COLLEGE <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRUSTEES OF DARTMOUTH COLLEGE dba DARTMOUTH COLLEGE
63 South Main Street, Suite 301, Hanover, New Hampshire, 03755

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roger Phillips
PHILLIPS LAW OFFICE, PLLC
104 Pleasant St.
Concord, NH 03301
Tel: (603) 225-2767
roger@phillipslawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*