IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ORLANDO ALFRED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE dba DARTMOUTH COLLEGE,<br><br>Defendant | Case No. 1:20-cv-00637-JL<br><br>CLASS REPRESENTATION |

**AFFIDAVIT OF MATTHEW D. SCHULTZ
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

I, Matthew D. Schultz, make the following statements in support of my motion for admission *pro hac vice* in this case:

1. I am over 18 years old, and have personal knowledge of the facts set forth herein.

2. My office address is Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502. My office number is (850) 435-7140.

3. My current bar memberships and dates of admission:

| Court | Admission Date |
|---|---|
| State of Florida | 04/16/2003 |
| U.S. District Court for the Northern District of Florida | 04/15/2004 |
| U.S. District Court for the District of Colorado | 07/02/2006 |
| U.S. Court of Appeals for the Fifth Circuit | 04/02/2007 |
| U.S. District Court for the Southern District of Florida | 05/02/2007 |
| U.S. Court of Appeals for the Eleventh Circuit | 05/07/2007 |
| U.S. District Court for the District of New Mexico | 01/31/2017 |
| U.S. District Court for the Middle District of Florida | 02/22/2018 |
| U.S. District Court for the Eastern District of Wisconsin | 04/27/2020 |

4. I am in good standing and eligible to practice in the above courts.

5. I am not currently suspended or disbarred by any court.

6. I do not have any previously imposed or pending disciplinary matters.

7. I have not been convicted of any felony or misdemeanor.

8. I have never had any *pro hac vice* admissions revoked or denied.

9. I solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

DATED: June 1, 2020

*s/Matthew D. Schultz*
Matthew D. Schultz
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
mschultz@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

I declare under penalty of perjury the foregoing is true and correct.

*s/Matthew D. Schultz*
Matthew D. Schultz