# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ORLANDO ALFRED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE dba DARTMOUTH COLLEGE,<br><br>Defendants. | Civil Action No.: 1:20-cv-00637<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Orlando Alfred voluntarily dismisses without prejudice the above-entitled action against Defendant Trustees of Dartmouth College ("Defendant"). Defendant has not served an answer or a motion for summary judgment in this litigation.

Respectfully Submitted,

Dated:  September 10, 2020

**BERGER MONTAGUE PC**

*/s/ Patrick F. Madden*                              _
Patrick F. Madden (*pro hac vice*)
pmadden@bm.net
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3035

*/s/ Roger Phillips*                                    _
Roger Phillips (N.H. Bar No. 2018)
PHILLIPS LAW OFFICE, PLLC
104 Pleasant Street
Concord, NH 03301
Tel: (603) 225-2767
Fax: (603) 226-3581
roger@phillipslawoffice.com

*/s/ Matthew D. Shultz*
Matthew D. Shultz (*pro hac vice*)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
mschultz@levinlaw.com
Rebecca K. Timmons (*pro hac vice*)
rtimmons@levinlaw.com
Brenton J. Goodman (*pro hac vice*)
bgoodman@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140

*/s/ E. Michelle Drake*
E Michelle Drake (*pro hac vice*)
emdrake@bm.net
BERGER MONTAGUE, PC
43 SE Main St., Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5900

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I, Patrick F. Madden, hereby certify that the foregoing Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed through the CM/ECF system, which will send notice electronically to the registered participants on this 10th day of September, 2020.

                                    */s/Patrick F. Madden*
                                    Patrick F. Madden